

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VICTOR MARTINEZ,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM SULLIVAN, Acting Warden,<br><br>    Respondent. | Case No.: CV 16-09128-ODW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the Motion to Dismiss filed by Respondent and the Opposition to the Motion to Dismiss filed by Petitioner, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1)     Respondent's Motion to Dismiss (Dkt. No. 15) is GRANTED; and

(2) Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: 9-20-17

_____
OTIS D. WRIGHT, II
United States District Judge