JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 0 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR MARTINEZ, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM SULLIVAN, Acting Warden, <br><br> Respondent. | Case No.: CV 16-09128-ODW (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: 9-20-17

OTIS D. WRIGHT, II
United States District Judge